**Order entered February 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00499-CV**

**LATOYIA MHOON, Appellant**

**V.**

**THE KONTOUR AT KESSLER PARK, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-01990-A**

**ORDER**

Appellant's corrected brief is past due. Before the Court is appellant's February 8, 2022 motion for extension of time. Appellant requests the extension, in part, so that she may obtain legal help and notes she filed a statement of inability to afford court costs.

We **GRANT** the motion and **ORDER** the brief be filed no later than March 11, 2022.

We note appellant has not filed a docketing statement, and was directed to do so on June 28, 2021, with a warning that the failure to do so may result in

dismissal. While the docketing form may be found on the Court's website, we have attached a copy hereto for appellant's convenience.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE